```
FILED
June 17, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                  Plaintiff,           )<br>v.                                                          )<br>                                                              )<br>DANA FAULKNER,                        )<br>                                                              )<br>                  Defendant.         )<br>_____ ) | Case No. 2:10-cr-223 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Dana Faulkner</u>; Case <u>2:10-cr-223 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

      __    Bail Posted in the Sum of _____

      _X_   Unsecured bond in the amount of $125,000 cosigned by Ms. Brown and Ms. Crane.

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond secured by Real Property

      __    Corporate Surety Bail Bond

      _X_   (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/17/2010</u>     at  2:24 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge