**ADANTÉ D. POINTER (State Bar No. 236229)**
**LAW OFFICES OF JOHN L. BURRIS**
**Airport Corporate Center**
**7677 Oakport Street, Suite 1120**
**Oakland, California 94621**
**Telephone:    (510) 839-5200**
**Facsimile:    (510) 839-3882**

Attorneys for Defendant
**DANA FAULKNER**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR S 10-00223 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | REQUEST FOR WAIVER OF PRESENCE |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ) | |
| DANA FAULKNER ) | |
| ) | |
| Defendants. ) | |
| ) | |

     Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury, trial and

imposition of sentence.  Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in her absence.

    Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the ACT without defendant being present.

Dated:  July 20, 2010                                                /s/ Dana Faulkner  
                                                              Defendant, DANA FAULKNER  
                                                              Original Signature on file

Approved:                                                    By:   /s/    Adante D. Pointer  
                                                               ADANTE  D. POINTER  
                                                              Attorney for Defendant  
                                                              DANA FAULKNER

Dated: July 20, 2010                                                  Respectfully Submitted,

                                                               /s/     Adante D. Pointer  
                                                               ADANTE  D. POINTER  
                                                               Attorney for Defendant  
                                                               DANA FAULKNER

## **ORDER**

I approve the above waiver of presence.

IT IS SO ORDERED.

Dated:  July 20, 2010                                                  /s/ John A. Mendez  
                                                               JOHN A. MENDEZ  
                                                               UNITED STATES DISTRICT COURT JUDGE

Request for Waiver of Presence                                                                         Case No. CR S 10 00223 JAM
- 2 -

PDF created with pdfFactory trial version www.pdffactory.com