1 McGREGOR W. SCOTT
  United States Attorney
2 PHILIP A. FERRARI
  TODD A. PICKLES
3 Assistant United States Attorneys
  501 I Street, Suite 10-100
4 Sacramento, CA 95814
  Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
  United States of America
7

**FILED**

JAN 10 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:10-CR-00223 JAM

                         Plaintiff,        ORDER RE: REQUEST FOR AMENDED
12                                          JUDGMENT OF RESTITUTION

13              v.

   DANA FAULKNER,
14
                         Defendant.
15

16

17        This matter came before the Court on the United States request to correct the judgment in this

18 case and to enter an amended judgment.  Pursuant to Rule 36 of the Federal Rules of Criminal

19 Procedure, and for good cause showing, the Court hereby corrects and amends its judgment entered

20 March 20, 2015, such that restitution is awarded to FDIC Restitution Payments, P.O. Box 971774,

21 Dallas, TX 75397-1774, in the amount of $2,176,500, and to Sand Canyon Corporation, 7975 Irvine

22 Center Dr., Ste. 100, Irvine, CA 92618 in the amount of $852,912.65.  The ~~Court~~ *parties* will also prepare and

   *submit to the Court for its signature,*
23 ~~file on the docket~~ an Amended Judgment form that makes these changes on page 5 of the judgment.

24        IT IS SO ORDERED.

25        DATED: January 10, 2018

26

27                                          _____
                                            UNITED STATES DISTRICT COURT JUDGE
28

PROPOSED ORDER FOR AMENDED JUDGMENT                1